DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
11 JUNE 2014

| | | | |
|---|---|---|---|
| 001P14 | State v. John Omar Lalinde | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-115) | 1. Denied |
| | | 2. State's Motion to Deem Response to PDR Timely Filed and Served | 2. Allowed |
| 002P11-3 | State v. Ricky Bartlett | 1. Def's *Pro Se* Motion for Petition for *Writ of Certiorari* | 1. Denied |
| | | 2. Def's *Pro Se* Motion for Appropriate Release | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion for Appropriate Release | 4. Dismissed |
| | | | **Beasley, J., recused** |
| 016P07-5 | State v. Joey Duane Scott | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Guilford County | Dismissed |
| 034P14 | State v. George Lee Nobles | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Jackson County | 1. Denied |
| | | 2. State's Motion for Extension of Time to File Response to Petition for *Writ of Certiorari* | 2. Allowed **02/11/2014** Dissolved **06/11/2014** |
| | | 3. Eastern Band of Cherokee Indians' Motion for Leave to File Statement of Interest and Position in Def's Petition for *Writ of Certiorari* | 3. Allowed |
| | | 4. Adam N. Tabor's Motion to Withdraw as Counsel of Record | 4. Allowed |
| 041A14 | State v. Elder | 1. State's Motion for Temporary Stay (COA13-710) | 1. Allowed **02/07/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **03/06/2014** |
| | | 3. State's NOA Based Upon a Dissent | 3. — |
| | | 4. State's PDR as to Additional Issues | 4. Denied |
| | | 5. Motion of N.C. Advocates for Justice for Leave to File Amicus Curiae Brief if the Court Allows the State's PDR | 5. Dismissed as Moot |